IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEPHEN FREDRIC GANSTINE,

    Plaintiff,

v.                                                    CASE NO. 4:11-cv-00129-MP-WCS

ARMANDO GARCIA, JOHNNY WILLIAMS,

    Defendants.

_____/

**O R D E R**

    This matter is before the Court on Doc. 16, Motion to Extend Time to File Notice of Appeal by Stephen Fredric Ganstine.  Plaintiff requests an extension of time to file a notice of appeal stating that, as a pro-se litigant, he requires additional time to research his case.

    Rule 4(a)(1), Federal Rules Appellate Procedure, provide that a notice of appeal must be filed within 30 days after the judgment appeal from is entered.  *See* Fed. R. App. P. 4(a)(1).  However, Rule 4(a)(4) provides that if a party timely files a motion to alter or amend judgment, then the time to file an appeal runs from the entry of the order disposing of the motion.  *See* Fed. R. App. P. 4(a)(1).  The district court may extend the time to file a notice of appeal by thirty days if the party shows excusable neglect or good cause.  *See* Fed. R. App. P. 4(a)(5).

    In the instant case, the clerk's judgment was entered on May 27, 2011 and the plaintiff timely filed a motion to alter or amend the judgement.  On August 31, 2011, the Court entered an order denying the motion to alter or amend the judgment, thus any notice of appeal is due to be filed on or before Friday September 30, 2011.  However, plaintiff has shown good cause for an extension of time to file a notice of appeal.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. Plaintiff's motion to extend time to file notice of appeal, Doc. 16, is GRANTED.

2. Plaintiff may file a notice of appeal on or before Friday October 28, 2011.

**DONE AND ORDERED** this  __23rd__ day of September, 2011

 _____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge